GARY M. RESTAINO
United States Attorney
District of Arizona
JOHN BALLOS
Assistant U.S. Attorney
Arizona State Bar No. 020981
7102 E. 30th Street, Suite 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Email: John.Ballos@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Jan 22 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Marco Antonio Moctezuma-Ramirez,<br><br>Defendant. | Case No. CR-25-0094-PHX-DWL<br><br>Mag. No. 24-MJ-02905<br><br>**I N F O R M A T I O N**<br><br>VIO: 8 U.S.C. § 1326(a) and (b)(1)<br><br>(Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

On or about December 3, 2024, at or near Wellton, in the District of Arizona, the defendant, MARCO ANTONIO MOCTEZUMA-RAMIREZ, an alien, was found in the United States, after having been previously denied admission, excluded, deported, and removed from the United States, at or near San Ysidro, California, on or about September 16, 2022, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) as enhanced by (b)(1).

Dated this  12  day of  December            , 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*John Ballos*
JOHN BALLOS
Assistant U.S. Attorney